1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

12  PATRICK JAMES KITLAS,                  )   No. CV 08-6651-GHK (LAL)
                                           )
13              Petitioner,                )
                                           )   ORDER ACCEPTING FINAL REPORT AND
14       v.                                )   RECOMMENDATION OF UNITED STATES
                                           )   MAGISTRATE JUDGE
15  F.B. HAWS, Warden,                     )
                                           )
16              Respondent.                )
                                           )
17  ─────────────────────────────

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19  records on file, and the final Report and Recommendation of the United

20  States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u>

21  review of those portions of the Report and Recommendation to which

22  objection has been made.  The Court accepts the findings and

23  recommendation of the Magistrate Judge.

24       **IT IS THEREFORE ORDERED** that judgment be entered denying the

25  Petition and dismissing this action with prejudice.

26

27  DATED:  9/23/16

28

                                        _____
                                              GEORGE H. KING
                                        ~~Chief~~ United States District Judge