# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JAMES KITLAS,<br><br>        Petitioner,<br><br>  v.<br><br>F.B. HAWS, Warden,<br><br>        Respondent. | No. CV 08-6651-GHK (LAL)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 9/23/16

GEORGE H. KING
~~Chief~~ United States District Judge